# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TENNESSEE
## EASTERN DIVISION

| | |
|---|---|
| SHANNA NELSON, | JUDGMENT IN A CIVIL CASE |
| Plaintiff, | |
| vs. | |
| ACADEMY, LTD. LP, d/b/a ACADEMY SPORTS & OUTDOORS | CASE NO: 17-1211-STA-egb |
| Defendant. | |

**DECISION BY COURT.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED that in accordance with the Agreed Order of Dismissal With Prejudice entered on May 24, 2018, this cause is hereby dismissed with prejudice.**

APPROVED:

s/ S. Thomas Anderson
**CHIEF JUDGE UNITED STATES DISTRICT COURT**

DATE: 5/24/2018

THOMAS M. GOULD
**Clerk of Court**

s/Maurice B. BRYSON

(By) Deputy Clerk